# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1997

_____

Charles Sokpa-Anku

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: April 9, 2019
Filed: April 12, 2019
[Unpublished]

_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Charles Sokpa-Anku, a citizen of Ghana who was ordered removed in 2015, petitions for review after the Board of Immigration Appeals (BIA) denied his motion to reopen and reconsider. After careful review, we conclude the BIA did not abuse

its discretion in denying Sokpa-Anku's motion.  *See Mshihiri v. Holder*, 753 F.3d 785, 7889 (8th Cir. 2014) (standard of review).

The petition for review is denied.  *See* 8th Cir. R. 47B.

_____